THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
WINNER & BOOZE
1117 S. Rancho Drive
Las Vegas, NV 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@winnerfirm.com
lmiller@winnerfirm.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHRISTOPHER PERET,

Plaintiff,

vs.

AMERICAN FAMILY INSURANCE COMPANY, DOES I-X and ROES XI-XX, inclusive,

Defendants.

CASE NO: 2:25-CV-00659-CDS-MDC

**STIPULATION AND ORDER TO CONDUCT CERTAIN DEPOSITIONS OUTSIDE OF DISCOVERY (SECOND REQUEST)**

Pursuant to LR IA 6-1 and LR 26-3 and FRCP 26, the parties, Plaintiff, CHRISTOPHER PERET, by and through his attorneys, SCHUETZE, McGAHA, TURNER & FERRIS, PLLC, and Defendant, AMERICAN FAMILY INSURANCE COMPANY, by and through its attorneys, WINNER & BOOZE, hereby enter into this stipulation to conduct certain depositions specifically described herein outside the close of discovery.

## STIPULATION

1. Discovery Completed:

The parties have completed the following discovery:

- The parties served initial disclosures and supplements thereto.

- Defendant subpoenaed the records of Plaintiff's medical providers.

- Written discovery was exchanged between the parties and responses were provided.

Page 1 of 4

- Defendant served its initial and rebuttal expert disclosures. Plaintiff served his initial expert disclosure.

- Defendant conducted the deposition of Plaintiff Christopher Peret.

- Plaintiff conducted the deposition of American Family Agency employee Claudia Portillo;

- Plaintiff conducted the deposition of American Family Agency employee Ryan Keena;

- Plaintiff conducted the deposition of former American Family Insurance Company employee Susan Greger;

- Plaintiff conducted the deposition of American Family Insurance Company defense expert David Paige;

- Defendant conducted the deposition of Plaintiff's expert Riley Clayton;

- Defendant conducted the deposition of Plaintiff's expert Marjorie Segale;

- Plaintiff conducted the deposition of American Family Insurance Company employee Joe Zabit;

- Plaintiff conducted the non-appearance deposition of former American Family Agency employee Yarelli Padilla;

- Plaintiff conducted the deposition of the American Family Agency employee Mateo Thalheimer.

2. Remaining discovery:

- Plaintiff will take the depositions of former American Family Insurance Company employee Dawn Hansen, as well as the American Family Insurance Company Rule 30(b)(6) Representative on May 21, 2026.

- On April 13, 2026, Defendant served a Notice of Taking Deposition of American Family Insurance Company employee Alex Larson. This deposition was scheduled to take place on May 5, 2026. This deposition was vacated by Plaintiff and subsequently re-noticed for May 20, 2026. According to the agreement of the parties, this deposition has been rescheduled for May 29, 2026, at 10:00 a.m., which is outside the current

discovery deadline of May 25, 2026.

3.   <u>Reasons why discovery was not completed:</u>

The parties have worked diligently to complete discovery and to coordinate the above-referenced deposition of American Family Insurance Company employee, Alex Larsen, by scheduling it during the discovery deadlines. However, due to a discovery dispute between the parties, the deposition was originally re-scheduled so the parties could seek the involvement of the Magistrate Judge. Once the Magistrate Judge issued his Order on May 14, 2026, Defendant then supplemented its Answers to Plaintiff's First Interrogatories which are at issue in the subject deposition. Because of this, one more week is needed before the deposition of Alex Larsen can be conducted. The parties are acting in good faith and do not seek to improperly delay the proceedings. Further, the parties agree and state that there has been no neglect and no failure to act, and that this stipulation is supported by good cause, as described herein. The parties agree there is good cause for this deposition to be conducted outside of the discovery deadlines. The parties further agree that this stipulation serves the interest of the parties and ensures that this case is decided on the merits.

4.   <u>Proposed schedule:</u>

The discovery cutoff is May 25, 2026. The parties agree that the deposition of American Family Insurance Company employee Alex Larsne will be conducted outside of the current discovery cutoff on May 29, 2026. The last day to amend pleadings is closed. The last dates for initial and rebuttal expert disclosures are closed. The last day to file dispositive motions is presently scheduled for June 25, 2026. The parties are not requesting any changes to the current Discovery Order by way of this Stipulation.

. . .

. . .

. . .

. . .

5. Trial Date:

There currently is no trial date scheduled.

DATED this 21st day of May, 2026

WINNER & BOOZE


By:   /s/Lara L. Miller
      Thomas E. Winner
      Nevada Bar No. 5168
      Lara L. Miller
      Nevada Bar No. 12618
      1117 South Rancho Drive
      Las Vegas, Nevada 89102
      Attorneys for Defendant


The Joint Proposed Pre-Trial Order due July 25, 2026. If dispositive motions are filed, the deadline for filing the Joint Pre-Trial Order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 21st day of May, 2026

SCHUETZE, McGAHA, TURNER & FERRIS


By:   /s/William W. McGaha
      William W. McGaha
      Nevada Bar No. 3234
      601 South Rancho Drive, Suite C-20
      Las Vegas, Nevada 89106
      Attorneys for Plaintiff


_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 26, 2026

Page 4 of 4