# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Christopher Peret,

                Plaintiff,

v.

American Family Insurance,

                Defendant.

Case No. 2:25-cv-00659-CDS-MDC

**ORDER APPROVING PLAINTIFF'S SUBSTITUTION OF ATTORNEY (ECF NO. 33)**

The Court has reviewed plaintiff's *Substitution of Attorney* ("Substitution") (ECF No. 33). The Court **APPROVES** the Substitution for the reasons below.

The Substitution states that Kimball Jones, Esq. and Joshua P. Berrett from Bighorn Law will be substituted in as plaintiff's attorney of record, in place of William W. McGaha, Esq. from Schuetze, McGaha, Turner, & Perris PLLC. *ECF No. 33*. Plaintiff and Mr. McGaha consent to the substitution, and Mr. Jones and Mr. Berrett consent to being substituted in. *Id.* Finding good cause and because plaintiff, Mr. McGaha, Mr. Jones, and Mr. Berrett consent, the Court approves the Substitution.

ACCORDINGLY,

**IT IS ORDERED** that:

1.      Plaintiff's *Substitution of Attorney* (ECF No. 33) is **APPROVED**.

2.      Kimball Jones, Esq. and Joshua P. Berrett from Bighorn Law shall be substituted in place of William W. McGaha, Esq. from Schuetze, McGaha, Turner, & Perris PLLC as plaintiff's counsel of record. This means that William W. McGaha, Esq. shall be terminated as plaintiff's counsel of record and removed from CM/ECF service in this case.

IT IS SO ORDERED.

Dated: June 30, 2026.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

1