**KIMBALL JONES, ESQ.**
Nevada Bar No.: 12982
**JOSHUA P. BERRETT, ESQ.**
Nevada Bar No.: 12697
**BIGHORN LAW**
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
Phone: (702) 333-1111
Email: Josh@BighornLaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER PERET,<br><br>Plaintiff<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE COMPANY, DOES I-X and ROES XI-XX, inclusive,<br><br>Defendants | Case No.: 2:25-cv-00659-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSTIVE MOTIONS DEADLINE (SECOND REQUEST)**<br><br>[ECF No. 35] |

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel of record KIMBALL JONES, ESQ. and JOSHUA P. BERRETT, ESQ. of BIGHORN LAW, counsel for Plaintiff, and LARA L. MILLER, ESQ. of the law firm WINNER & BOOZE, LLP, on behalf of Defendant, as follows:

**I. DISCOVERY COMPLETED:**

- Defendant subpoenaed the records of Plaintiff's medical providers.
- Written discovery was exchanged between the parties and responses were provided.
- Defendant served its initial expert disclosure.
- Defendant conducted the deposition of Plaintiff Christopher Peret.
- Plaintiff conducted the deposition of American Family employee Ryan Keena.
- Plaintiff conducted the deposition of American Family employee Claudia Potillo.



BIGHORN LAW

- Plaintiff conducted the deposition of American Family employee Susan Greger.
- Plaintiff deposed American Family employee Mateo Thalheimer.
- Defendant deposed Ruben Alexander, M.D.
- Defendant deposed Shaun Jang, M.D.
- Plaintiff served Initial Expert Designations.
- Plaintiff deposed American Family employee Joe Zabit.
- Plaintiff deposed Defendant's expert David Paige.
- Defendant deposed Plaintiff's expert Riley Clayton.
- Defendant deposed Plaintiff's expert Marjorie Seagale.
- Plaintiff deposed American Family employee Dawn Hanson.
- Plaintiff deposed the PMK for American Family, Thomas Eldridge.

**II. REMAINING DISCOVERY**

Discovery has been completed in this matter.

**III. REASONS WHY DISCOVERY WAS NOT COMPLETED:**

All discovery has been completed in this matter. The parties and respectfully request that this Honorable Court extend the deadline to file dispositive motions deadline by thirty (30) days up to and including September 23, 2026. Plaintiff's counsel recently substituted into this case, due to health challenges of Plaintiff's prior counsel. This substitution was done after all discovery had been completed, which has required current counsel to get fully up to speed with this matter.

**IV. PROPOSED SCHEDULE:**

Discovery is closed. The last day to amend pleadings is closed. The last day for initial and rebuttal expert disclosures are closed. The last day to file dispositive motions is presently

scheduled for August 24, 2026. The parties request a thirty (30) day extension of the Dispositive Motions Deadline up to and including September 23, 2026, as follows:

| **Scheduled Event:** | **Current Deadline:** | **Proposed Deadline:** |
|---|---|---|
| Dispositive Motions | August 24, 2026 | September 23, 2026 |
| Joint Pre-Trial Order | September 23, 2026 | October 23, 2026<br>*If dispositive motions are filed, then the deadline for filing the Joint Pre-Trial Order will be suspended until 30 days after decision on the dispositive motions or further Court Order.* |

**V. TRIAL DATE**

There currently is no trial date.

WHEREFORE, the parties respectfully request this Court extend the Dispositive Motions Deadline by thirty (30) days up to and including September 23, 2026, with the Joint Pre-Trial Order being due October 23, 2026, unless dispositive motions are filed.

DATED this 13th day of August, 2026.

**BIGHORN LAW**

By: */s/Joshua P. Berrett*
**KIMBALL JONES, ESQ.**
Nevada Bar No.: 12982
**JOSHUA P. BERRETT, ESQ.**
Nevada Bar No.: 12697
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
Attorneys for Plaintiff

**WINNER & BOOZE**

By: */s/Lara Miller*
**LARA MILLER, ESQ.**
Nevada Bar No.: 12618
1117 S. Rancho Drive
Las Vegas, NV 89102
Attorneys for Defendant

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**
Dated: August 21, 2026



BIGHORN LAW