**KIMBALL JONES, ESQ.**
Nevada Bar No.: 12982
**JOSHUA P. BERRETT, ESQ.**
Nevada Bar No.: 12697
**BIGHORN LAW**
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
Phone: (702) 333-1111
Email: Josh@BighornLaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHRISTOPHER PERET,

Plaintiff

v.

AMERICAN FAMILY INSURANCE COMPANY,

Defendant

Case No.: 2:25-cv-00659-CDS-MDC

**STIPULATION AND ORDER FOR EXTENSION OF BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**(FIRST REQUEST)**

[ECF No. 38]

Pursuant to LR 7-1, LR 7-2, LR IA 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for Plaintiff CHRISTOPHER PERET to file and serve his Response and point and authorities in opposition to Defendant's Motion for Partial Summary Judgment which was filed on September 23, 2026. Plaintiff's response is currently due October 14, 2026, and Plaintiff is requesting an extension up to and including Wednesday, October 21, 2026. This is the parties' first stipulation for extension of time on the briefing schedule to Defendant's Motion for Partial Summary Judgment. Plaintiff is requesting the extension due to unforeseen scheduling issues and illness which have made complying with the current deadline impracticable.

BIGHORN LAW

As a professional courtesy in return to Defendant, the parties further stipulate that Defendant shall have twenty-one (21) days after Plaintiff's Response in Opposition (up to and including Wednesday, November 11, 2026) to file and serve a Reply in Support of the Motion.

This request for an extension of time is not sought for any improper purpose or other purpose of delay.

WHEREFORE, the parties respectfully request that this Court extend the briefing schedule for Defendant's Motion for Partial Summary Judgment, to extend the time for Plaintiff CHRISTOPHER PERET to file and serve his Response and point and authorities in opposition to Defendant's Motion, to be due up to and including Wednesday, October 21, 2026, with Defendant's Reply in Support to be due on or before Wednesday, November 11, 2026.

DATED this 14th day of October, 2026.

**BIGHORN LAW**

By: */s/ Joshua P. Berrett*
**KIMBALL JONES, ESQ.**
Nevada Bar No.: 12982
**JOSHUA P. BERRETT, ESQ.**
Nevada Bar No.: 12697
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
*Attorneys for Plaintiff*

**WINNER & BOOZE**

By: */s/Lara L. Miller*
**LARA L. MILLER, ESQ.**
Nevada Bar No.: 12618
1117 S. Rancho Drive
Las Vegas, NV 89102
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

Dated: October 15, 2026

BIGHORN LAW